UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE: **MARY JO NEWELL**  Case Number: 14-30327-DOF
Chapter 13
Debtor  Judge OPPERMAN

_____/

## ORDER CONFIRMING PLAN

The debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor's Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,000.00** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$3,000.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor shall maintain all policies of insurance on all property of the debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute. Notwithstanding this provision, the Debtor hereby reserves the right to object to any proof of claim consistent with Plan provision Plan provision V.Y.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]


**OBJECTIONS WITHDRAWN:**

/s/ Carl L. Bekofske  /s/ Stacy M. Davis  .
**CARL L. BEKOFSKE** (P10645)  **STACY M. DAVIS** (P65658)
**CHAPTER 13 TRUSTEE**  **ACCLAIM LEGAL SERVICES, PLLC**
400 N. Saginaw St., Ste. 331  2425 Austins Parkway, Ste. 2
Flint, MI 48502  Flint Township, MI 48507
(810) 238-4675  (810) 238-8850
ECF@flint13.com  Filing@AcclaimLegalServices.com

.

**Signed on April 17, 2014**

    **/s/ Daniel S. Opperman**
     **Daniel S. Opperman**
     **United States Bankruptcy Judge**